# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARICELA FLORES [2],

    Defendant.

Case No. 11CR1951-BTM

JUDGMENT OF DISMISSAL

FILED JAN 0 8 2018

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21USC841(a)(1) and 846; 21USC853-Conspiracy to Distribute Heroin. Criminal Forfeiture.

Dated: January 5, 2018

Hon. Barry Ted Moskowitz
United States District Judge